**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Alfonso Linder** | Social Security number or ITIN  **xxx−xx−6622** |
| | First Name   Middle Name   Last Name | EIN  _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _−_ _ _ _ _ _ _ |

United States Bankruptcy Court   **District of New Jersey**

Case number:   **16−25996−ABA**

# Order of Discharge                                                                                                                    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Alfonso Linder

12/5/16                                                                                       **By the court:**   <u>Andrew B. Altenburg Jr.</u>
                                                                                                                           United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 16-25996-ABA
Alfonso Linder                                                        Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1            Date Rcvd: Dec 05, 2016
                              Form ID: 318             Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 07, 2016.
db           +Alfonso Linder,    91 Oak Street Apt C57,    Lindenwold, NJ 08021-2402
516349530    +Allied Interstate,    3000 Corporate Exchange Dr 5th Floor,    Columbus, OH 43231-7689
516349532    +Faloni & Associates LLC,    165 Passaic Ave Ste 301B,    Fairfield, NJ 07004-3592
516349533    +Fein, Such, Kahn, & Shepard,    7 Century Drive,    Parsippany, NJ 07054-4673
516349534    +Grimes & Grimes LLC,    1230 Brace Road,    Cherry Hill, NJ 08034-3211
516349535   ++JC CHRISTENSEN & ASSOC,    PO BOX 519,    SAUK RAPIDS MN 56379-0519
             (address filed with court:  JC Christensen & Associates Inc,    Po Box 519,
              Sauk Rapids, MN 56379)
516349537    +Midland Funding LLC,    2365 Northside Drive Ste 300,    San Diego, CA 92108-2709
516349538    +Midland Mortgage/Midfirst,    Po Box 268959,    Oklahoma City, OK 73126-8959
516349539     Nationwide Credit Inc,    PO Box 26314,    Lehigh Valley, PA 18002-6314
516349540    +Parc One Apartments,    91 Oak Street Apt B28,    Clementon, NJ 08021-2402
516349541     Resurgent Capital Services,    Attn: Sentry Credit Inc,    Po Box 12070,    Everett, WA 98206-2070
516349544     Twin Oaks Software Development Inc,    Po Box 247,    Kensington, CT 06037-0247
516349545    +United Collection Bureau Inc,    5620 Southwyck Blvd Ste 206,    Toledo, OH 43614-1501
516349546    +Vanz, LLC FEB 10 Series0,    577 Hamburg Tpke,    Wayne, NJ 07470-2042

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr           +EDI: QJDMARCHAND.COM Dec 05 2016 22:03:00     Joseph Marchand,    117-119 West Broad St.,
              PO Box 298,    Bridgeton, NJ 08302-0228
smg           E-mail/Text: usanj.njbankr@usdoj.gov Dec 05 2016 22:11:18     U.S. Attorney,    970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 05 2016 22:11:16     United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
              Newark, NJ 07102-5235
516349531    +EDI: RCSFNBMARIN.COM Dec 05 2016 22:03:00     Credit One Bank,    PO Box 98872,
              Las Vegas, NV 89193-8872
516349536    +EDI: RESURGENT.COM Dec 05 2016 22:03:00     LVNV Funding LLC,    PO Box 10497,
              Greenville, SC 29603-0497
516349542    +EDI: SWCR.COM Dec 05 2016 22:03:00     SW Credit Systems LP,    4120 International Parkway,
              Ste 1100,    Carrollton, TX 75007-1958
516349543    +EDI: RMSC.COM Dec 05 2016 22:03:00     Synchrony Bank/Walmart,    Bankruptcy Dept,
              PO Box 965060,    Orlando, FL 32896-5060
                                                                                               TOTAL: 7

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 07, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 5, 2016 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Joseph Marchand    jdmarchand@comcast.net,    jmarchand@comcast.net;jmarchand@ecf.epiqsystems.com
              Kimberly A. Wilson    on behalf of Debtor Alfonso   Linder wilson.schroedinger@comcast.net
                                                                                               TOTAL: 3